No. 01–8336. DOUGLAS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8478. JIMENEZ-PINEDA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8511. SANDERS *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 01–8599. VELEZ *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–8615. SHERMAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–8712. BRYSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–8724. GRAY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8794. WILCOX *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8895. KELLY *v.* TOWN OF CHELMSFORD. C. A. 1st Cir. Certiorari denied.

No. 01–8920. HATFIELD *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 01–9014. VAZQUEZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–9060. FORD *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 01–9065. GHOLSTON *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 01–9152. CARD *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 01–9154. HERTZ *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 01–9273. DONCSES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.